**ENZO BIOCHEM, INC.,**
**Plaintiff–Appellant,**

v.

**GEN–PROBE INCORPORATED,**
**Defendant–Appellee,**

and

**Becton Dickinson and Company,**
**Defendant–Appellee.**

No. 04–1570.

United States Court of Appeals,
Federal Circuit.

Aug. 17, 2005.

Before LOURIE, LINN, and PROST, Circuit Judges.

*ORDER*

Enzo Biochem files an unopposed motion to reinstate this appeal,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is hereby recalled and the appeal is reinstated.

(2) The case is returned to the original merits panel.

(3) No new filing fee will be required.

(4) The appeal will be decided without further oral argument, based on the briefs already filed and the previous oral arguments.

**Duncan J. MCNEIL, Plaintiff–**
**Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5060, 05–5140.

United States Court of Appeals,
Federal Circuit.

Aug. 17, 2005.

Duncan J. McNeil, pro se.

*ORDER*

Duncan J. McNeil has failed to comply with the court's order dated July 13, 2005 for failure to pay the docketing fee in appeal nos. 05–5060 and 05–5140,

IT IS ORDERED THAT:

(1) The appeals are dismissed.

(2) The United States motions for summary affirmance are moot.

(3) All pending motions are moot.

(4) Each side shall bear its own costs.